IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 06-302 |
| | ) |
| ANTHONY P. FLEMMING | ) |

## ORDER

The defendant's motion for a reduction of sentence pursuant to the 18 U.S.C. § 3582(c)(2) is hereby DENIED. This Court is bound by the Third Circuit's opinion in <u>United States v. Mateo</u>, 560 F.3d 152 (3d Cir. 2009), which is directly on point and requires the Court to deny the motion. The defendant has preserved his argument for a reduction in sentence should the Third Circuit overrule <u>Mateo</u>.

Date:  October 27, 2011       s|Alan N. Bloch
                              Alan N. Bloch
                              Senior United States District Judge